UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOELLE LEE, derivatively on behalf of The Gap, Inc, | No. 21-15923 |
| Plaintiff - Appellant, | D.C. No. 3:20-cv-06163-SK U.S. District Court for Northern California, San Francisco |
| v. | |
| ROBERT J. FISHER; et al., | **MANDATE** |
| Defendants - Appellees. | |

The judgment of this Court, entered June 01, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT